UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FINGERLAKES MALL, LLC,

                               Plaintiff,

  -against-

FINGERLAKES MALL ACQUISITION, LLC,

                               Defendant.
------------------------------------------------------------------X

Case No:

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9 of the United States District Court for the Southern and Eastern Districts of New York] and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Fingerlakes Mall, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: None.

Dated: Jericho, New York
       July 25, 2007

                                          **SILVERMAN PERLSTEIN & ACAMPORA, LLP**
                                          Attorneys for plaintiff Fingerlakes Mall, LLC

                                          By: _____
                                          Robert J. Ansell (RJA # 3710)
                                          A Member of the Firm
                                          100 Jericho Quadrangle, Suite 300
                                          Jericho, New York 11753
                                          (516) 479-6300