**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Stats Investments Limited
Empire State Building
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STATS INVESTMENTS LIMITED

        Plaintiff,

- against -

FAST SHIPPING AND TRADING AND SIPEX
(SOCIETE D'INVESTISEMENT & PROMOTION
DES EXPORTATIONS)

        Defendants.

------------------------------------------------------------X

JUDGE KOELTL

ECF CASE
07 CIV 6788
07 CV ___ ( __ )

**EX PARTE ORDER
APPOINTING PERSONS
TO SERVE PROCESS**

    Plaintiff, having moved for an Order pursuant to Fed.R. Civ.P. 4(c) appointing Andrew Bartley or any other person appointed by Law Offices of Rahul Wanchoo who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the affidavit of

Rahul Wanchoo, Esq., that such appointment will result in substantial economies of time and expense.

NOW, on motion of Law Offices of Rahul Wanchoo, attorneys for Plaintiff, it is

**ORDERED**, that Andrew Bartley, or any other person appointed by Law Offices of Rahul Wanchoo who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated: New York, New York
July 27, 2007

SO

_____
U.S.D.J.