```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STATS INVESTMENTS LIMITED

        Plaintiff,

- against -

FAST SHIPPING AND TRADING, SIPEX
(SOCIETE D'INVESTISEMENT & PROMOTION
DES EXPORTATIONS) AND
MAGHREB MARITIME AGENCY

        Defendants.
------------------------------------------------------------X

Case No. 07 Civ 6788 (JGK)

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH ORDER**

PLEASE TAKE NOTICE that there being no appearance or answer by Defendant, pursuant to Fed. Civ. P. 41(a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated: New York, New York
      May 27, 2008

                                          LAW OFFICES OF RAHUL WANCHOO
                                          Attorneys for Plaintiff

                                          *Rahul Wanchoo*
                                          Rahul Wanchoo (RW-8725)
                                          Empire State Building
                                          350 Fifth Avenue, 59th Floor
                                          New York, New York 10118
                                          (646) 593-8866

**IT IS SO ORDERED**

*/s/ John G. Koetl*
John G. Koetl
United States District Judge
Dated: May  , 2008